## CRIMINAL DOCKET

Southern District of Texas

CRIMINAL No. <u>4:25-cr-238</u>

Transfer of Jurisdiction of Supervised Release or Probation.
Transferring Court <u>CDCA Western Division Los Angeles</u>

Date Filed <u>5/9/2025</u>          Judge <u>Lake</u>

UNITED STATES OF AMERICA
v.

Justin Lee

---

Charge:   18:2251(d)(1), (e), 2252A(a), (b)(!), (b)(2) CONSPIRACY TO
ADVERTISE TRANSPORT, RECEIVE, DISTRIBUTE, SOLICIT,
AND POSSESS CHILD PORNOGRAPHY

---

Penalty:   Count Two of the First Superseding Indictment to the custody of the
BOP to be imprisoned for a term of 66 months. Supervised release for a
term of life under the following terms and conditions. SA of $100,
which is due immediately.  No fine. Restitution in the total amount of
$5,000, pursuant to 18 U.S.C. 3663(a), and the amount of restitution
shall be paid to the attorney trust account of Carol L. Hepburn, at 2722
East Lake Avenue East, Suite 200, Seattle, Washington, 98102, for the
victim, under the pseudonym Vicky.