# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**Nathan Ochsner, Clerk**
Clerk of Court

**HOUSTON DIVISION**
United States Courthouse
515 Rusk Street, Room 5300
Houston, TX 77002

To: CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
 350 West 1st Street STE 4311
 4th Floor
 Los Angeles, CA 900124565

RE: Transfer of Criminal Action No. 4:25–cr–00238, USA v. Justin Lee
 Your case no: 2:09–cr–00068–VAP–8

Dear Clerk:

 Enclosed is a certified copy of the order transferring jurisdiction to our court. We have opened a case in our district with the above referenced number. It is not necessary to send copies of the indictment, judgment, and docket sheet as we have already obtained copies of these documents from PACER. Please forward any transfer documents that are not accessible through PACER.

 Nathan Ochsner, Clerk

Date: May 13, 2025

By: G. Kelner
 Deputy Clerk