Probation Form No 35
(12/2016)

United States District Court
Southern District of Texas

**ENTERED**

October 03, 2025

Nathan Ochsner, Clerk

Report and Order Terminating Probation
or Supervised Release
Before Original Expiration Date

**United States District Court
for the
Southern District of Texas**

United States of America
Versus
**Justin Lee Moniker: "Harry Potter"**

Criminal Case: **4:25CR00238-001**

On January 30, 2017 this defendant was placed on Supervised Release for a lifetime term. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from Supervised Release.

Respectfully submitted:

_____
Jack Sherrod
Senior United States Probation Officer

**Order of Discharge**

On the probation officer's recommendation, the defendant is discharged from Supervised Release, and these proceedings are terminated.

Signed on October 3 _____, 2025 at Houston, Texas.

_____
Sim Lake
Senior United States District Judge